

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2017

No. 04-16-00801-CV

**IN RE THE COMMITMENT OF LOUIS ANTHONY COLANTUONO**,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-05-23661-CV
Honorable H. Paul Canales, Judge Presiding

# O R D E R

The reporter's record was due in this court on January 19, 2017. On January 18, 2017, the court reporter filed a notification of late record asking for an additional sixty days in which to file the record, advising that her current work load precludes her from filing the brief any sooner. After review, we granted the motion in part and denied it in part because Rule 35.3(c) provides that although an appellate court may extend the deadline to file the record if requested by the clerk or reporter, "[e]ach extension must not exceed 30 days" in an ordinary appeal. *See* Tex. R. App. P. 35.3(c). Accordingly, we ordered the court reporter to file the reporter's record in this court on or before February 20, 2017. The reporter has now filed a second notification of late record, asking for an additional thirty-nine days in which to file the record. She again advises that her current work load prevents her from filing the record any sooner. As before, we **GRANT IN PART AND DENY IN PART** the reporter's request for additional time. As noted, extensions should not generally exceed thirty days. *See id.* Therefore, we **ORDER** the court reporter to file the record in this court on or before March 22, 2017.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court